SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar No. 239905
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
Email:      fpuglisi@sheppardmullin.com
            valter@sheppardmullin.com
            jramsey@sheppardmullin.com

Attorneys for Defendant
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA BEKKERMAN; BRANDON GRIFFITH; JENNY LEE; and CHARLES LISSER,<br><br>           Plaintiffs and Petitioners,<br><br>      v.<br><br>CALIFORNIA BOARD OF EQUALIZATION; STATE OF CALIFORNIA; AT&T, INC.; SPRINT CORPORATION; T-MOBILE US, INC.; VERIZON COMMUNICATIONS, INC.; and DOES 1 to 20, inclusive,<br><br>           Defendants and Respondents. | Case No. 2:16-cv-00709-MCE-EFB<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

SMRH:477104751.1                              1

1  Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser
2  (collectively "**Plaintiffs**"), on the one hand, and Defendants AT&T Mobility LLC
3  ("**AT&T**"), Sprint Solutions, Inc. ("**Sprint**"), T-Mobile USA, Inc. ("**T-Mobile**"), and
4  Cellco Partnership d/b/a Verizon Wireless ("**Verizon**") (collectively, the "**Carrier**
5  **Defendants**"), by and through their counsel of record, hereby stipulate and agree as
6  follows:
7  Whereas Plaintiffs filed their initial putative class action Complaint on February 5,
8  2016 in Sacramento Superior Court against defendants, which the Superior Court ruled
9  was a related case to the same plaintiffs' previously filed Writ Petition challenging the
10  legality of Board of Equalization Regulation 1585;
11  Whereas Plaintiffs' Complaint seeks monetary remedies and declaratory and
12  injunctive relief;
13  Whereas Defendant AT&T removed Plaintiffs' Complaint to this Court on April 4,
14  2016;
15  Whereas the Carrier Defendants' initial deadline to respond to the Complaint was
16  April 11, 2016;
17  Whereas the Carrier Defendants required additional time to prepare their responses
18  to the Complaint;
19  Whereas the Parties previously stipulated to a 28-day extension pursuant to Local
20  Rule 144 to extend Carrier Defendants' deadline to respond to the Complaint from April
21  11, 2016 up to and including May 9, 2016;
22  Whereas the Carrier Defendants continue to require additional time to prepare their
23  responses to the Complaint;
24  It is hereby STIPULATED and AGREED that the Carrier Defendant's deadline to
25  respond to the Complaint shall be extended from May 9, 2016 up to and including June 6,
26  2016 to respond to the Complaint.
27  IT IS SO STIPULATED.
28

1 | Dated: May 9, 2016

2 |         HATTIS LAW

By    /s Daniel M. Hattis (as authorized on 5/6/16)
        DANIEL M. HATTIS
        Attorneys for Plaintiffs

Dated: May 9, 2016

        MAYER BROWN LLP

By    /s Donald M. Falk (as authorized on 5/5/16)
        DONALD M. FALK
        Attorneys for Defendant
        AT&T MOBILITY LLC

Dated: May 9, 2016

        DAVIS WRIGHT TREMAINE LLP

By    /s Rochelle Wilcox (as authorized on 5/5/16)
        ROCHELLE WILCOX
        Attorneys for Defendant
        T-MOBILE USA, INC.

Dated: May 9, 2016

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s Fred R. Puglisi
        FRED R. PUGLISI
        VALERIE E. ALTER
        JAY T. RAMSEY
        Attorneys for Defendant
        SPRINT SOLUTIONS, INC.

Dated: May 9, 2016

MUNGER, TOLLES & OLSON LLP

By     /s Henry Weissman (as authorized on 5/6/16)
HENRY WEISSMAN
ROSEMARIE T. RING
Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

**ORDER**

Good cause having been shown pursuant to the Joint Stipulation to Continue Defendants' Time to Respond to Complaint, the time for the Carrier Defendants to respond to the Complaint shall be extended from May 9, 2016 up to and including June 6, 2016.

IT IS SO ORDERED.

Dated: May 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SMRH:477104751.1

4