KAMALA D. HARRIS
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General
NHAN T. VU, State Bar No. 189508
MICHAEL SAPOZNIKOW, State Bar No. 242640
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
  Telephone:  (213) 897-2484
  Fax:  (213) 897-5775
  E-mail:  Nhan.Vu@doj.ca.gov

*Attorneys for Defendants*
*California Board of Equalization*
*and State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALINA BEKKERMAN; BRANDON GRIFFITH; JENNY LEE and CHARLES LISSER,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA BOARD OF EQUALIZATION; STATE OF CALIFORNIA; AT&T, INC.; SPRINT CORPORATION; T-MOBILE US, INC.; VERIZON COMMUNICATIONS, INC.; AND DOES 1 TO 20, INCLUSIVE**<br><br>Defendants. | 2:16-cv-00709-MCE-EFB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS CALIFORNIA BOARD OF EQUALIZATION AND STATE OF CALIFORNIA TO RESPOND TO COMPLAINT AND PETITION; ORDER**<br><br>Trial Date:          Not Set<br>Action Filed:      February 5, 2016<br>Action Removed: April 4, 2016 |

1

1    Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser
2 (collectively, "Plaintiffs") and Defendants California Board of Equalization and
3 State of California (collectively, "State Defendants"), by and through their
4 respective counsel, hereby stipulate as follows, pursuant to Rule 144 of the Local
5 Rules of the United States District Court for the Eastern District of California
6 ("Local Rules"):
7    A.   Whereas, Plaintiffs served the Complaint and Petition ("Complaint")
8 in this action upon the State Defendants on April 4, 2016;
9    B.   Whereas, Defendant AT&T Mobility, LLC, removed this action to
10 this Court on April 4, 2016;
11   C.   Whereas, pursuant to Rule 81(c)(2) of the Federal Rules of Civil
12 Procedure, the State Defendants' response to the Complaint was initially due on
13 April 25, 2016;
14   D.   Whereas, the State Defendants required additional time to prepare
15 their response to the Complaint;
16   E.   Whereas, the Plaintiffs and the State Defendants previously stipulated,
17 pursuant to Rule 144(a) of the Local Rules, to extend State Defendants' deadline to
18 respond to the Complaint from April 25, 2016 to May 23, 2016;
19   G.   Whereas, the State Defendants continue to require additional time to
20 prepare their response to the Complaint;
21   H.   Whereas, the Plaintiffs and Defendants AT&T Mobility LLC, Sprint
22 Solutions, Inc., T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon
23 Wireless (collectively, "Carrier Defendants") have stipulated that the Carrier
24 Defendants' time to respond to the Complaint may be extended to June 6, 2016,
25 and the Court has approved that stipulation; and
26   H.   Whereas, Plaintiffs have agreed that the State Defendants' deadline to
27 respond to the Complaint may also be extended to June 6, 2016;
28 ///

2

NOW, THEREFORE, PLAINTIFFS AND THE STATE DEFENDANTS STIPULATE AND AGREE THAT:

The State Defendants' deadline to file their response to the Complaint may be extended from May 23, 2016, to June 6, 2016.

Dated: May 19, 2016               Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General

By:  */s/ Nhan T. Vu*
NHAN T. VU
Deputy Attorney General

*Attorneys for Defendants
California Board of Equalization
and State of California*

Dated: May 19, 2016               Respectfully Submitted,

HATTIS LAW

By:  */s/ Daniel M. Hattis (as authorized on 05/19/16)*
DANIEL M. HATTIS

*Attorneys for Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser*

SA2016100911
52103774.doc

3

ORDER

Good cause having been shown pursuant to the Stipulation Extending Time for Defendants California Board of Equalization and State of California to Respond to Complaint and Petition, the time for the State Defendants to respond to the Complaint shall be extended from May 23, 2016 to June 6, 2016.

IT IS SO ORDERED.

Dated:  May 23, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE