KAMALA D. HARRIS
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General
NHAN T. VU, State Bar No. 189508
MICHAEL SAPOZNIKOW, State Bar No. 242640
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (213) 897-2484
 Fax:  (213) 897-5775
 E-mail:  Nhan.Vu@doj.ca.gov

*Attorneys for Defendants*
*California Board of Equalization*
*and State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALINA BEKKERMAN; BRANDON GRIFFITH; JENNY LEE and CHARLES LISSER,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA BOARD OF EQUALIZATION; STATE OF CALIFORNIA; AT&T, INC.; SPRINT CORPORATION; T-MOBILE US, INC.; VERIZON COMMUNICA-TIONS, INC.; AND DOES 1 TO 20, INCLUSIVE**<br><br>Defendants. | **2:16-cv-00709-MCE-EFB**<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS CALIFORNIA BOARD OF EQUALIZATION AND STATE OF CALIFORNIA TO RESPOND TO COMPLAINT AND PETITION; ORDER THEREON**<br><br>Trial Date:        Not Set<br>Action Filed:      February 5, 2016<br>Action Removed:  April 4, 2016 |

1

Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser (collectively, "Plaintiffs") and Defendants California Board of Equalization and State of California (collectively, "State Defendants"), by and through their respective counsel, hereby stipulate as follows, pursuant to Rule 144 of the Local Rules of the United States District Court for the Eastern District of California ("Local Rules"):

A.      Whereas, Plaintiffs served the Complaint and Petition ("Complaint") in this action upon the State Defendants on April 4, 2016;

B.      Whereas, Defendant AT&T Mobility, LLC, removed this action to this Court on April 4, 2016;

C.      Whereas, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, the State Defendants' response to the Complaint was initially due on April 25, 2016;

D.      Whereas, the State Defendants required additional time to prepare their response to the Complaint;

E.      Whereas, the Plaintiffs and the State Defendants previously stipulated, pursuant to Rule 144(a) of the Local Rules, to extend State Defendants' deadline to respond to the Complaint from April 25, 2016 to May 23, 2016;

G.      Whereas, the State Defendants continue to require additional time to prepare their response to the Complaint;

H.      Whereas, the Plaintiffs and Defendants AT&T Mobility LLC, Sprint Solutions, Inc., T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Carrier Defendants") have stipulated that the Carrier Defendants' time to respond to the Complaint may be extended to June 6, 2016, and the Court has approved that stipulation; and

H.      Whereas, Plaintiffs have agreed that the State Defendants' deadline to respond to the Complaint may also be extended to June 6, 2016;

/ / /

1    NOW, THEREFORE, PLAINTIFFS AND THE STATE DEFENDANTS

2  STIPULATE AND AGREE THAT:

3    The State Defendants' deadline to file their response to the Complaint may

4  be extended from May 23, 2016, to June 6, 2016.

5

6  Dated:  May 19, 2016              Respectfully submitted,

7                                    KAMALA D. HARRIS
                                     Attorney General of California
8                                    MOLLY K. MOSLEY
                                     Supervising Deputy Attorney General
9

10                                   By:   /s/ Nhan T. Vu
                                     NHAN T. VU
11                                   Deputy Attorney General

12                                   Attorneys for Defendants
                                     California Board of Equalization
13                                   and State of California

14

15  Dated:  May 19, 2016             Respectfully Submitted,

16                                   HATTIS LAW

17
                                     By:   /s/ Daniel M. Hattis (as authorized on
18                                        05/19/16)
                                     DANIEL M. HATTIS
19

20                                   Attorneys for Plaintiffs Alina Bekkerman,
                                     Brandon Griffith, Jenny Lee, and Charles
21                                   Lisser

22

23  SA2016100911
    52103774.doc
24

25

26

27

28

3

1

**ORDER**

2

3         Good cause having been shown pursuant to the Stipulation Extending Time

4  for Defendants California Board of Equalization and State of California to Respond

5  to Complaint and Petition, the time for the State Defendants to respond to the

6  Complaint shall be extended from May 23, 2016 to June 6, 2016.

7         IT IS SO ORDERED.

8  Dated:  May 26, 2016

9

10                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1