SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar No. 239905
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701
Email:       fpuglisi@sheppardmullin.com
             valter@sheppardmullin.com
             jramsey@sheppardmullin.com

Attorneys for Defendant
SPRINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA BEKKERMAN; BRANDON GRIFFITH; JENNY LEE; and CHARLES LISSER,<br><br>  Plaintiffs and Petitioners,<br><br>  v.<br><br>CALIFORNIA BOARD OF EQUALIZATION; STATE OF CALIFORNIA; AT&T, INC.; SPRINT CORPORATION; T-MOBILE US, INC.; VERIZON COMMUNICATIONS, INC.; and DOES 1 to 20, inclusive,<br><br>  Defendants and Respondents. | Case No. 2:16-cv-00709-MCE-EFB<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO LOCAL RULE 144; ORDER THEREON** |

SMRH:477931914.1                                   1

Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser (collectively "**Plaintiffs**"), on the one hand, and Defendants AT&T Mobility LLC ("**AT&T**"), Sprint Solutions, Inc. ("**Sprint**"), T-Mobile USA, Inc. ("**T-Mobile**"), and Cellco Partnership d/b/a Verizon Wireless ("**Verizon**") (collectively, the "**Carrier Defendants**"), by and through their counsel of record, hereby stipulate and agree as follows:

Whereas Plaintiffs filed their initial putative class action Complaint on February 5, 2016 in Sacramento Superior Court against defendants, which the Superior Court ruled was a related case to the same plaintiffs' previously filed Writ Petition challenging the legality of Board of Equalization Regulation 1585;

Whereas Plaintiffs' Complaint seeks monetary remedies and declaratory and injunctive relief;

Whereas Defendant AT&T removed Plaintiffs' Complaint to this Court on April 4, 2016;

Whereas Defendant California Board of Equalization, State of California ("**CBOE**") and Plaintiffs have stated their intention to file motions to remand with a hearing date of August 25, 2016;

Whereas Plaintiffs and the Carrier Defendants agree that Plaintiffs' and the CBOE's respective remand motions should be heard and decided prior to the Carrier Defendants being required to respond to the Complaint in this Court;

Whereas the Carrier Defendants' deadline to respond to the Complaint is currently June 6, 2016;

It is hereby STIPULATED and AGREED pursuant to Local Rule 144 that:

The Carrier Defendants' deadline to respond to the Complaint is extended from June 6, 2016 to two weeks after the Court's order on the remand motions becomes final, or September 12, 2016, whichever is later.

IT IS SO STIPULATED.

Dated: June 2, 2016

HATTIS LAW

By   /s Daniel M. Hattis (as authorized on 6/2/16)
DANIEL M. HATTIS
Attorneys for Plaintiffs

Dated: June 2, 2016

MAYER BROWN LLP

By   /s Donald M. Falk (as authorized on 6/1/16)
DONALD M. FALK
Attorneys for Defendant
AT&T MOBILITY LLC

Dated: June 2, 2016

DAVIS WRIGHT TREMAINE LLP

By   /s Rochelle Wilcox (as authorized on 6/1/16)
ROCHELLE WILCOX
Attorneys for Defendant
T-MOBILE USA, INC.

Dated: June 2, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s Fred R. Puglisi
FRED R. PUGLISI
VALERIE E. ALTER
JAY T. RAMSEY
Attorneys for Defendant
SPRINT SOLUTIONS, INC.

Dated: June 2, 2016

MUNGER, TOLLES & OLSON LLP

By  /s Rosemarie T. Ring (as authorized on 6/1/16)
HENRY WEISSMAN
ROSEMARIE T. RING
Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

**ORDER**

Good cause having been shown pursuant to the Joint Stipulation To Continue Defendants' Time To Respond To Complaint,

IT IS HEREBY ORDERED the Carrier Defendants' deadline to respond to the Complaint is extended from June 6, 2016 to two weeks after the Court's order on the remand motions becomes final, or September 12, 2016, whichever is later.

IT IS SO ORDERED.

Dated: June 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SMRH:477931914.1                                4