KAMALA D. HARRIS
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General
NHAN T. VU, State Bar No. 189508
MICHAEL SAPOZNIKOW, State Bar No. 242640
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
  Telephone:  (213) 897-2484
  Fax:  (213) 897-5775
  E-mail:  Nhan.Vu@doj.ca.gov

*Attorneys for Defendants
California Board of Equalization
and State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALINA BEKKERMAN; BRANDON GRIFFITH; JENNY LEE and CHARLES LISSER,**<br><br>                  Plaintiffs,<br><br>    v.<br><br>**CALIFORNIA BOARD OF EQUALIZATION; STATE OF CALIFORNIA; AT&T, INC.; SPRINT CORPORATION; T-MOBILE US, INC.; VERIZON COMMUNICATIONS, INC.; AND DOES 1 TO 20, INCLUSIVE**<br><br>                  Defendants. | 2:16-cv-00709-MCE-EFB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS CALIFORNIA BOARD OF EQUALIZATION AND STATE OF CALIFORNIA TO RESPOND TO COMPLAINT AND PETITION; ORDER THEREON**<br><br>Trial Date:      Not Set<br>Action Filed:    February 5, 2016<br>Action Removed:  April 4, 2016 |

Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser (collectively, "Plaintiffs") and Defendants California Board of Equalization and State of California (collectively, "State Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

A. Whereas, Plaintiffs served the Complaint and Petition ("Complaint") in this action upon the State Defendants on April 4, 2016;

B. Whereas, Defendant AT&T Mobility, LLC, removed this action to this Court on April 4, 2016;

C. Whereas, the State Defendants' response to the Complaint was initially due on April 25, 2016, which deadline was initially extended to May 23, 2016, and is currently set for June 6, 2016;

D. Whereas, Plaintiffs and the State Defendants intend to file motions to remand with a hearing date of August 25, 2016;

E. Whereas, Plaintiffs and Defendants AT&T Mobility LLC ("AT&T"), Sprint Solutions, Inc. ("Sprint"), T-Mobile USA, Inc. ("T-Mobile"), and Cellco Partnership d/b/a Verizon Wireless ("Verizon") (collectively, the "Carrier Defendants") have stipulated to an extension of the Carrier Defendants' deadline to respond to the Complaint to permit resolution of the motions to remand before those defendants are required to respond to the Complaint;

F. Whereas, Plaintiffs and the State Defendants agree that the deadline for the State Defendants to respond to the Complaint should be extended for the same reason;

/ / /

NOW, THEREFORE, PLAINTIFFS AND THE STATE DEFENDANTS STIPULATE AND AGREE THAT:

The State Defendants' deadline to respond to the Complaint is extended from June 6, 2016 to two weeks after the Court's order on the remand motions becomes final, or September 12, 2016, whichever is later.

Dated:  June 2, 2016          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General
NHAN T. VU
Deputy Attorney General


By:   /s/ Michael Sapoznikow
MICHAEL SAPOZNIKOW
Deputy Attorney General

*Attorneys for Defendants
California Board of Equalization
and State of California*


Dated:  June 2, 2016          Respectfully Submitted,

HATTIS LAW


By:   /s/ Daniel M. Hattis (as authorized on 06/02/16)
DANIEL M. HATTIS

*Attorneys for Plaintiffs Alina Bekkerman, Brandon Griffith, Jenny Lee, and Charles Lisser*

SA2016100911/12289432.doc

# ORDER

Good cause having been shown pursuant to the Stipulation Extending Time for Defendants California Board of Equalization and State of California to Respond to Complaint and Petition, the time for the State Defendants to respond to the Complaint shall be extended from June 6, 2016 to two weeks after the Court's order on the remand motions becomes final, or September 12, 2016, whichever is later.

IT IS SO ORDERED.

Dated:  June 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE